IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD LEA, | Civil Action No. 2:21-cv-00851 |
| Plaintiff, | |
| | Honorable William S. Stickman |
| v. | |
| CITY OF MONESSEN; MATT SHORRAW in his individual capacity; GIL COLE in his individual capacity; JOHN HARHAI in his individual capacity; DON GREGOR in his individual capacity, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## MOTION TO AMEND DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

AND NOW COME Defendants City of Monessen, Matt Shorraw, Gil Cole, John Harhai, and Don Gregor ("Defendants"), by and through their attorneys CHARLES H. SAUL, ESQUIRE, KYLE T. MCGEE, ESQUIRE and MARGOLIS EDELSTEIN, and file the within Motion to Amend Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint, as follows:

1. The Complaint in this matter was removed from state court to this court on July 1, 2021 (ECF Doc. No. 1).

2. Defendants filed a timely Answer and Affirmative Defenses to Plaintiff's Complaint on July 21, 2021 (ECF Doc. No. 7).

3. The Case Management Order in this case was issued by this Court on August 31, 2021 (ECF Doc. No. 12).

4. The Case Management Order provides that lacking consent any party may file a Motion to Amend pleadings by October 15, 2021. This Motion falls within this deadline.

5. Defendants have recently asked Plaintiff's counsel if they do or do not consent to the grant of this Motion, but as of the filing of this Motion, Plaintiffs have not responded to this recent request.

6. Plaintiff has alleged in his Complaint that the individually named government representatives have engaged in the common law tort of defamation (Count I) and failed to appoint him to the position of City Controller in retaliation for his protected speech in violation of the Pennsylvania Whistle Blower Act and the 1st Amendment (Count II).

7. Upon further analysis of the facts and legal issues, the individually named Defendants seek to add the Affirmative defenses of absolute and qualified privilege to the defamation and 1st Amendment allegations in the Complaint.

8. The case is at the early stages of litigation. Although the parties have each served discovery on the other, responses are not yet due; depositions notices have yet to be served; and the ENE is not scheduled until October 12, 2021.

9. Allowing this amendment will not result in the need for additional discovery or cost, nor will it cause any delay in the litigation.

10. Defendants have not engaged in bad faith nor acted with a dilatory motive.

11. Under these circumstances, Plaintiff will not be prejudiced by the grant of this Motion.

12. The individually named Plaintiffs will be prejudiced if this Motion is not granted, because they will be deprived of a lawful defense to the allegations in the Complaint.

13. The Federal Rules of Civil Procedure provide that the "court should freely give leave when justice so requires" (Fed.R.Civ. 15(a)(2)).

14. The U.S. Court of Appeals for the Third Circuit has held that "motions to amend pleadings should be liberally granted." *Long v. Wilson*, 393 F.3d 390, 400 (3d Cir. 2004) (citations omitted). Further, "[l]eave to amend must generally be granted unless equitable considerations render it otherwise unjust." *Arthur v. Maersk, Inc.*, 434 F.3d 196, 204 (3d Cir. 2006) (citing *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227 (1962)). This Court has similarly found that "leave sought should, as the rules require, be 'freely given.'" *Germinaro v. Fid. Nat'l Title Ins. Co.*, 2015 U.S. Dist. LEXIS 56881 **2-3 (W.D.Pa. 2015).

WHEREFORE, it is respectfully requested that the Court grant this Motion and permit Defendants to amend their Affirmative Defenses to include the defenses of absolute and qualified immunity.

Date: October 5, 2021

Respectfully submitted,

MARGOLIS EDELSTEIN

*/s/ Charles H. Saul*
Charles H. Saul, Esquire
csaul@margolisedelstein.com
PA I.D. No. 19938

*/s/ Kyle T. McGee*
Kyle T. McGee, Esquire
kmcgee@margolisedelstein.com
PA I.D. No. 205661
535 Smithfield Street, Suite 1100
Pittsburgh, PA 15222
P: 412-355-4961 / 412-355-4971
*(Counsel for Defendants)*